# United States Court of Appeals
# for the Federal Circuit

---

April 22, 2013

**ERRATA**

---

Appeal No. 2012-1319,-1402

**SPEEDTRACK, INC.,**
*Plaintiff-Appellant,*

**v.**

**ENDECA TECHNOLOGIES, INC., AND
WALMART.COM USA, LLC,**
*Defendants-Cross-Appellants.*

Decided:  April 16, 2013
Nonprecedential Opinion

---

Please make the following change:

Page 1, add docket number "2012-1402"